FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY ALAN SCHUBERT,<br><br>Defendant. | No. 1:17-cr-02039-SAB<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 31. Having considered the motion, the Court finds the prohibition on the reproduction of child pornography mandated by 18 U.S.C. § 3509(m), applies to this case. Therefore, the Court **grants** the parties' motion.

//
//
//
//
//
//
//
//
//
//

ORDER GRANTING MOTION FOR PROTECTIVE ORDER + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 31, is **GRANTED**.

2. The prohibition on reproduction of child pornography mandated by 18 U.S.C. § 3509(m), applies to this case. The parties shall comply with the terms of the stipulation, *see* ECF No. 31.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 5th day of February 2018.



Stanley A. Bastian
United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER + 2